UNITED STATES DISTRICT COURT FOR THE
                         DISTRICT OF NEW HAMPSHIRE


<u>In Re: Colgate-Palmolive
Softsoap Antibacterial Hand Soap
Marketing and Sales Practices Litigation</u>

                                        MDL No. 12-cv-2320-PB


                              **O R D E R**

Unless requesting emergency relief, the parties shall refrain from filing additional pleadings in the lead or member MDL cases until the court issues Case Management Order No. 1 or otherwise requests party submissions. All non-emergency pleadings filed in violation of this order shall be stricken by the clerk's office without further order of the court.

SO ORDERED.


March 9, 2012                      */s/ Paul Barbadoro*
                                   Paul Barbadoro
                                   United States District Judge


cc:  All Counsel of Record