UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

In Re: Colgate-Palmolive Softsoap
Antibacterial Hand Soap Marketing
and Sales Practices Litigation

Civil No. 12-md-2320-PB
12-cv-2321-PB

O R D E R

By notice dated March 12, 2012, Attorney **John P. Echeverria** was instructed to register for Electronic Case Filing (ECF) within thirty (30) days.   To date, attorney **John P. Echeverria** has not registered as instructed.

Attorney **John P. Echeverria** shall register for ECF on or before May 21, 2012. Failure to register by that date shall result in Attorney **John P. Echeverria** being removed as counsel of record, and he will no longer entitled to receive court notices and orders or pleadings filed by the parties in this case.

SO ORDERED.


May 7, 2012                                                           */s/ Paul Barbadoro*
                                                                       Paul Barbadoro
                                                                       United States District Judge


cc:     **John P. Echeverria, Esq.**
         All Counsel of Record